FILED
2008 Sep-03 PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE T. BURGESS, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 2:07-cv-01630-RDP-JEO |
| | ) |
| **WARDEN DONALD ADAIR and** | ) |
| **THE ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (Doc. #17) and the objections of Petitioner (Docs. #19, #20) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed without prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this    3rd    day of September, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE